# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 09-449 |
| ) | |
| WASHINGTON INTERNATIONAL INSURANCE CO. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## COMPLAINT

The United States of America, by and through its undersigned attorneys, brings this action against Washington International Insurance Co., and alleges the following:

1.  This action is brought by the United States of America to recover, under various bonds, unpaid Customs duties in the amount of $63,288.78, pursuant to 19 U.S.C. § 1592(d), plus statutorily required interest pursuant to 19 U.S.C. § 580.

## JURISDICTION

2.  This court possesses jurisdiction to entertain this matter pursuant to 28 U.S.C. §1582.

3.  United States Customs and Border Protection ("CBP") issued pre-penalty and penalty notices to the importer of record for merchandise entered under cover of bonds underwritten by defendant. CBP also served copies of these notices upon defendant and served a demand for duty upon defendant.

4. This action is timely pursuant to 19 U.S.C. § 1621 because all subject entries were made on or after October 19, 2004, which is within five years of the date of filing of this complaint.

## PARTIES

5. Defendant, Washington International Insurance Company ("Washington International"), located at 300 Park Boulevard, Suite 500, Itasca, Illinois 60143-2625, was authorized at all times relevant to the matters described in this complaint, to underwrite surety bonds.

## BACKGROUND

**I.   Washington International And Covered Entries**

6. On or before March 29, 2004, TJ Ceramic Tile and Imports ("TJ Ceramic"), as principal, and Washington International, as surety, executed a Continuous Basic Importation and Entry Bond, Customs Form 301, in the amount of $50,000. Under the terms of the continuous bond, TJ Ceramic and Washington International jointly and severally guaranteed payment of all duties, taxes and charges due as a result of the entry of merchandise into the United States between August 6, 2004 and October 17, 2005.

7. From August 6, 2004 through October 17, 2005, TJ Ceramic imported polishing machines from Italy into the United States under cover of 27 entries. Exhibit A (entry worksheet for all entries covered by Washington International bonds).

**II.  TJ Ceramic's Misclassification In Violation Of 19 U.S.C. § 1592(a)**

8. The polishing machines subject to this complaint were classifiable under 8464.20.0120 of the Harmonized Tariff Schedule of the United States ("HTSUS"), with an ad valorem duty rate of 2 percent.

9. The subject polishing machines were entered or introduced, or caused to be entered or introduced into the United States, by means of material false statements, acts and omissions in violation of 19 U.S.C. § 1592(a), in that the merchandise on the entries were misclassified under subheading 8464.20.1000 HTSUS as duty free.

10. The false statements and/or omissions referred to in paragraph 9 were material because they had the potential to affect determinations made by CBP concerning the classification of the merchandise and liability for duties.

11. As a result of the violations described in paragraphs 8 through 10 above, the United States was deprived of lawful duties, taxes, and fees in excess of $77,220.32, the majority of which remains unpaid.

## COUNT I

12. The allegations contained in paragraphs 1 through 11 above are incorporated by reference.

13. Pursuant to 19 U.S.C. § 1592(d), Washington International is liable for payment of $63,288.78, representing the portion of unpaid duties, taxes, and fees for which Washington International is responsible on the 22 entries dated October 19, 2004, through October 17, 2005, for which Washington International provided bond coverage.

## COUNT II

14. The allegations contained in paragraphs 1 through 13 above are incorporated by reference.

15.  Defendant is liable for statutory interest running from the date of demand pursuant to 19 U.S.C. § 580.

WHEREFORE, the United States respectfully requests that the Court enter judgment against Washington International in the amount of $63,288.78, plus statutory interest pursuant to 19 U.S.C. § 580, plus attorney fees, and such other and further relief as may be just and appropriate.

Respectfully submitted,

TONY WEST
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL:
BLAKE K. HERAGHTY
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection
Detroit, MI 48266

P. DAVIS OLIVER
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-0516
Fax: (202) 514-8624

October 19, 2009

**TAB A**

Prepared by: Import Specialist Sherry Ramirez            T.J.Ceramic Tile Sales            FPD-Demand #2007-3801-30010401

| Port | Entry # | Summary Date | Description | Value | Entered HTS | Entered Duty Rate | Correct HTS | Correct Duty Rate | Duty Due | Actual Loss of Revenue | Bond Number | Surety | Effective Date | Termination Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3801 | 110/12671632 | 08/06/04 | Polishing Machines | $ 97,846.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,956.92 | $ 1,956.92 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/12671632 | 08/06/04 | Polishing Machines | $ 170,887.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,417.74 | $ 3,417.74 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/12671699 | 08/06/04 | Polishing Machines | $ 238,676.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,773.52 | $ 4,773.52 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/12671830 | 08/18/04 | Polishing Machines | $ 71,363.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,427.26 | $ 1,427.26 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
|  |  |  |  |  |  |  |  |  |  | $ 11,575.44 |  |  |  |  |
| 3801 | 110/12672002 | 09/24/04 | Polishing Machines | $ 117,805.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,356.10 | $ 2,356.10 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890068 | 10/19/04 | Polishing Machines | $ 173,083.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,461.66 | $ 3,461.66 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890050 | 10/27/04 | Polishing Machines | $ 91,949.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,838.98 | $ 1,838.98 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890175 | 11/05/04 | Polishing Machines | $ 59,517.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,190.34 | $ 1,190.34 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890274 | 11/15/04 | Polishing Machines | $ 211,850.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,237.00 | $ 4,237.00 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890423 | 12/02/04 | Polishing Machines | $ 96,269.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,925.38 | $ 1,925.38 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890498 | 12/09/04 | Polishing Machines | $ 162,955.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,259.10 | $ 3,259.10 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890530 | 12/23/04 | Polishing Machines | $ 118,308.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,366.16 | $ 2,366.16 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890621 | 12/23/04 | Polishing Machines | $ 189,961.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,799.22 | $ 3,799.22 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890738 | 01/06/05 | Polishing Machines | $ 185,764.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,715.28 | $ 3,715.28 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37890902 | 01/27/05 | Polishing Machines | $ 25,719.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 514.38 | $ 514.38 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37891140 | 02/11/05 | Polishing Machines | $ 146,348.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,926.96 | $ 2,926.96 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
| 3801 | 110/37891306 | 03/02/05 | Polishing Machines | $ 93,419.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 1,868.38 | $ 1,868.38 | 292033222 | 891 | 3/29/2004 | 3/28/2005 |
|  |  |  |  |  |  |  |  |  |  | $ 33,458.94 |  |  |  |  |
| 3801 | 110/37891603 | 03/30/05 | Polishing Machines | $ 213,212.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,264.24 | $ 4,264.24 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37892189 | 05/20/05 | Polishing Machines | $ 153,128.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,062.56 | $ 3,062.56 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37892262 | 05/27/05 | Polishing Machines | $ 227,104.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,542.08 | $ 4,542.08 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37892658 | 07/25/05 | Polishing Machines | $ 120,328.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,406.56 | $ 2,406.56 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37892890 | 08/12/05 | Polishing Machines | $ 183,000.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 3,660.00 | $ 3,660.00 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37893153 | 08/30/05 | Polishing Machines | $ 147,674.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,953.48 | $ 2,953.48 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37893518 | 09/26/05 | Polishing Machines | $ 218,763.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,375.26 | $ 4,375.26 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37893518 | 09/26/05 | Polishing Machines | $ 218,763.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 4,375.26 | $ 4,375.26 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37893609 | 10/05/05 | Polishing Machines | $ 25,637.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 512.74 | $ 512.74 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
| 3801 | 110/37893666 | 10/17/05 | Polishing Machines | $ 101,688.00 | 8464.20.1000 | 0.0% | 8464.20.5090 | 2.0% | $ 2,033.76 | $ 2,033.76 | 292033222 | 891 | 3/29/2005 | 3/28/2006 |
|  |  |  |  |  |  |  |  |  | $ 77,220.32 | $ 32,185.94 |  |  |  |  |